# Third District Court of Appeal

## State of Florida

Opinion filed January 6, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-311
Lower Tribunal No. 15-10454
_____

**BCML Holding LLC,**
Appellant,

vs.

**HSBC Bank USA, National Association, etc.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Martin Zilber, Judge.

Wesoloski Carlson, P.A., and Erik D. Wesoloski, for appellant.

Bitman O'Brien & Morat PLLC, and Allison Morat (Lake Mary), for appellee.

Before SCALES, HENDON and GORDO, JJ.

PER CURIAM.

Affirmed.